# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNA NABATANZI, )<br>No. Axxxxx6848, )<br>)<br>          Petitioner, )<br>)<br> vs. )<br>)<br>DAMON ACUFF, in his official capacity as )<br>Warden, Pulaski County Detention Center, )<br>)<br>LOUIS (LOUIE) ZAMORA, in his official )<br>capacity as Acting Field Office Director, )<br>Chicago Field Office, U.S. Immigration & )<br>Customs Enforcement, )<br>)<br>MATTHEW T. ALBENCE, in his official )<br>Capacity as Deputy Director and Senior )<br>Official Performing the Duties of Director of )<br>U.S. Immigration & Customs Enforcement, )<br>)<br>and )<br>KEVIN MCALEENAN, in his official )<br>Capacity as Acting Secretary of the U.S. )<br>Department of Homeland Security, )<br>)<br>          Respondents. ) | Case No. 19-cv-901-SMY |

# ORDER

**YANDLE, District Judge:**

On September 26, 2019, the parties filed a Joint Stipulation of Voluntary Dismissal (Doc. 16) pursuant to *F.R.C.P.* 41(a)(1)(A)(ii). Petitioner Berna Nabatanzi was released from immigration detention on September 17, 2019 and has thus been granted the relief she sought in this case. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule

1

41(a)(1)(A)(ii). The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: September 27, 2019**

*s/ Staci M. Yandle*
**STACI M. YANDLE
United States District Judge**